IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02234-MSK-MJW

BRANDON RANDALL,

Plaintiff(s),

v.

CHASE BANK USA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed and Joint Motion to Vacate October 22, 2012 Scheduling Conference and Pretrial Deadlines (Docket No. 13) is granted.  The Scheduling Conference set for October 22, 2012, at 9:00 a.m. is VACATED and RESET on December 4, 2012, at 10:00 a.m.

Date: October 10, 2012